UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| THOMAS PORTER, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    C.A. #1:14-cv-1588 (LMB/IDD) |
| | ) |
| HAROLD C. CLARKE, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

    Plaintiffs Thomas Porter, Ricky Gray, Anthony Juniper, and Mark Lawlor, by counsel, respectfully submit the attached authority in support of their pending motion for summary judgment: New York Times Editorial Board, "President Obama Speaks Out on Solitary," *The New York Times,* Feb. 2, 2016 (available on line at <http://www.nytimes.com/2016/02/02/opinion/president-obama-speaks-out-on-solitary.html?emc=eta1>).  This authority is being filed the day it has been published.

    Plaintiffs submit this editorial and the United States Department of Justice Fact Sheet referenced therein in support, *inter alia,* of the court's assessment of the evolving standards of decency pertinent to its adjudication of plaintiffs' pending motion for summary judgment.

                                Respectfully submitted,

                                  THOMAS PORTER, *et al.*,

                                By counsel

Dated:   February 2, 2016

Counsel for Plaintiffs:


//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Maxwelle Sokol, #89589
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
PorterThomas\Pleadings\MemMExClarification

Parker S. Thomson
Hogan Lovells US LLP
600 Brickell Avenue
Miami, Florida 333131
(303) 459-6500
parker.thomson@hoganlovells.com

Kathryn Marshall Ali (*pro hac vice*)
Hogan Lovells US, LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
(202) 637-5600 / fax 202-637-5910
kathryn.ali@hoganlovells.com
PorterThomas\Pleadings\2ndSuppNAuthoritySuppPlfMSJ

## Certificate of Service

I, Victor M. Glasberg, hereby certify that on this 2nd day of February 2016, I electronically filed the foregoing Plaintiffs' Second Notice of Supplemental Authority In Support of Plaintiffs' Motion for Summary Judgment with the clerk of the court.

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Counsel for Plaintiffs