UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| THOMAS PORTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. #1:14-cv-1588 (LMB/IDD) |
| ) | |
| HAROLD W. CLARKE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEAL

Plaintiffs Thomas Porter, Mark Lawlor, Anthony Juniper and Ricky Gray appeal to the United States Court of Appeals for the Fourth Circuit from the court's July 8, 2016 order granting the motion of defendants Harold W. Clarke and David Zook for summary judgment and denying plaintiffs' motion for summary judgment as moot, and from the judgment entered that day on that order.

Respectfully submitted,

THOMAS PORTER, *et al.*,

By counsel

Dated:   August 2, 2016

Counsel for Plaintiffs:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Maxwelle C. Sokol, #89589
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Jeffrey E. Fogel, #75643
Steven D. Rosenfield, #16539
913 E. Jefferson Street
Charlottesville, VA 22902
434-984-0300
jeff.fogel@gmail.com
attyrosen@aol.com

Parker D. Thomson (*pro hac vice*)
Hogan Lovells US, LLP
600 Brickell Avenue, #2700
Miami, Florida 33131
(305) 459-6500 / Fax: (305) 459-6550
parker.thomson@hoganlovells.com

Esther C. Haley Walker, #73000
Kathryn L. Marshall (*pro hac vice*)
Yuri Fuchs (*pro hac vice*)
Elizabeth C. Lockwood (*pro hac vice*)
Ryan Stephenson (*pro hac vice*)
Hogan Lovells US, LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5771 / Fax: (202) 637- 5910
kathryn.marshall@hoganlovells.com
yuri.fuchs@hoganlovells.com
elizabeth.lockwood@hoganlovells.com
ryan.stephenson@hoganlovells.com

Certificate of Service

I, Victor M. Glasberg, hereby certify that on this 2nd day of August 2016, I electronically filed the foregoing Notice of Appeal with the clerk of the court.

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
      Counsel for Plaintiff

**PorterThomas\Pleadings\NAppeal**