FILED: March 15, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6257
(1:14-cv-01588-LMB-IDD)

_____

THOMAS ALEXANDER PORTER; ANTHONY BERNARD JUNIPER; MARK LAWLOR

       Plaintiffs - Appellees

and

RICKY JOVAN GRAY; IVAN TELEGUZ

       Plaintiffs

v.

HAROLD W. CLARKE; DAVID ZOOK

       Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:14-cv-01588-LMB-IDD |
| Date notice of appeal filed in originating court: | 03/13/2018 |
| Appellant (s) | Harold Clarke and David Zook |

| Appellate Case Number | 18-6257 |
|---|---|
| Case Manager | RJ Warren<br>804-916-2704 |