IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOMAS PORTER, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:14-cv-1588 (LMB/IDD) |
| | ) |
| HAROLD W. CLARKE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is plaintiffs' Consent Motion to Stay Filing of Application for Award of Fees and Costs Pending Appeal [Dkt. No. 228]. The Court has reviewed the Motion and finds that it establishes good cause for the requested relief. Accordingly, plaintiffs' Motion [Dkt. No. 228] is GRANTED, and it is hereby

ORDERED that the deadline to apply for an award of attorney's fees and costs be and is EXTENDED until ten weeks from the date of the Fourth Circuit's decision resolving defendants' appeal.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28 day of March, 2018.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge