FILED: November 28, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6257
(1:14-cv-01588-LMB-IDD)

_____

THOMAS PORTER; ANTHONY BERNARD JUNIPER; MARK LAWLOR

       Plaintiffs - Appellees

 and

RICKY GRAY; IVAN TELEGUZ

       Plaintiffs

v.

HAROLD W. CLARKE; DAVID ZOOK

       Defendants - Appellants

------------------------------

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, INCORPORATED; THE RUTHERFORD INSTITUTE; PROFESSORS AND PRACTITIONERS OF PSYCHIATRY AND PSYCHOLOGY

       Amici Supporting Appellee

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

                              For the Court--By Direction

                              <u>/s/ Patricia S. Connor, Clerk</u>