FILED: May 3, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6257
(1:14-cv-01588-LMB-IDD)

_____

THOMAS PORTER; ANTHONY BERNARD JUNIPER; MARK LAWLOR

      Plaintiffs - Appellees

and

RICKY GRAY; IVAN TELEGUZ

      Plaintiffs

v.

HAROLD W. CLARKE; DAVID ZOOK

      Defendants - Appellants

------------------------------

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, INCORPORATED;
THE RUTHERFORD INSTITUTE; PROFESSORS AND PRACTITIONERS OF
PSYCHIATRY AND PSYCHOLOGY

      Amici Supporting Appellee

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK