FILED: May 17, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6257
(1:14-cv-01588-LMB-IDD)

_____

THOMAS PORTER; ANTHONY BERNARD JUNIPER; MARK LAWLOR

  Plaintiffs - Appellees

 and

RICKY GRAY; IVAN TELEGUZ

  Plaintiffs

v.

HAROLD W. CLARKE; DAVID ZOOK

  Defendants - Appellants

-------------------------------

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, INCORPORATED;
THE RUTHERFORD INSTITUTE; PROFESSORS AND PRACTITIONERS OF
PSYCHIATRY AND PSYCHOLOGY

  Amici Supporting Appellee

_____

## STAY OF MANDATE UNDER
## FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*