Clerk

I would like a copy of the brief case no 1:14-CV-01588 (Peter v Cladde). Let me know the cost and I will send you a check. Thank you for your time and efforts

Respectfully,
Todd Boyes

Todd Boyes 3613202
1 Mountainside Way
Mt Olive WV 5185



RECEIVED MAILROOM
FEB 26 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA